**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**LOI DAI HOANG**                                                   **CIVIL ACTION**

**VERSUS**                                                          **NO. 26-00384-JWD-EWD**

**U.S. IMMIGRATION AND**
**CUSTOMS ENFORCEMENT, ET AL.**

## ORDER

Having considered the Joint Motion to Dismiss (Doc. 19) and for good cause shown,

**IT IS ORDERED** that the parties' Joint Motion to Dismiss Petitioner Loi Dai Hoang's

Habeas Petition is GRANTED, and this action is terminated.

Signed in Baton Rouge, Louisiana, on <u>July 17, 2026</u>.


_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**